Robert A. Johnson, SBN 155938
Sandra V. Biggs, SBN 175930
ROBERT JOHNSON LAW CORPORATION
34197 Pacific Coast Highway, Suite 100
Dana Point, California 92629
Telephone: (949) 498-4999
Facsimile: (949) 498-4998
Email: robert@robertjohnsonlaw.com

JS-6

Attorneys for Plaintiffs
Agit Global, Inc. and Tzong In Yeh

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGIT GLOBAL, INC. a Taiwanese corporation; and TZONG IN YEH, also known as John Yeh, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>SPORT DIMENSION, INC. a California corporation; STALLION (ASIA) LIMITED, a Hong Kong corporation; and DOES 1 through 20; inclusive,<br><br>  Defendants.<br>_____<br>AND RELATED COUNTER-CLAIM | Case No.: CV10-05257 CAS (JCx)<br><br>**ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>Assigned to:  Judge Christina A. Snyder<br>Assigned to:  Magistrate Jacqueline Chooljian |

The Court having considered the Stipulation by and between the parties to this action, Plaintiffs and Counter-Defendants AGIT GLOBAL, INC. and TZONG IN YEH (collectively "Plaintiffs") and Defendants and Counter-Claimants SPORT DIMENSION, INC. and STALLION (ASIA) LIMITED (collectively "Defendants" and collectively with Plaintiffs, the "Parties"), pursuant to the terms and conditions of a Settlement Agreement and a Patent License Agreement, to

ORDER ON STIPULATION
RE DISMISSAL WITH PREJUDICE

Agit Global, Inc. et al. v. Sport Dimension, Inc. et al.
Case No. CV10-05257 CAS (JCx)

1

1  dismiss this entire Action with prejudice, and good cause appearing therefore:

2      IT IS HEREBY ORDERED that:

3      1.    Pursuant to Stipulation of the Parties, the entire Action is dismissed
4  with prejudice, including the Complaint, the Supplemental Complaint, the First
5  Amended Counter-Claim and the Supplemental Counter-Claim; and

6      2.    The Court shall expressly retain jurisdiction of this matter for the
7  purpose of enforcement of the terms of the Settlement Agreement and the License
8  Agreement.

10      SO ORDERED this 13th day of March, 2012.

12      */s/ Christina A. Snyder*
13      United States District Judge